**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **MICHELLE COCHRAN,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **5:04-CR-101 (WDO)** |
| | : | **5:07-CV-26 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny the habeas petition. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. Petitioner Cochran's habeas petition is DENIED for the reasons set forth in the Recommendation.

**SO ORDERED this 26th day of June, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**