IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHELLE COHRAN, | : |
| Petitioner | : |
| VS. | : CASE NO. 5:07-CV-26 (WDO) |
| | : 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : |
| | : CASE NO. 5:04-CR-101 (WDO) |
| Respondent | : |

### ORDER

Before the Court is petitioner **MICHELLE COHRAN'S** application for a certificate of appealability ("COA") (R. at 164) from the Court's July 17, 2007 Order, which reaffirmed its June 26, 2007 Order denying petitioner's §2255 petition and dismissed petitioner's untimely pleading. (R. at 162).

Under §2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the July 17, 2007 Order, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 11th day of September, 2007.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE